# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Randy L. Wilkinson Jr.<br>　　　　　　　　　Debtor(s)<br><br>U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust, its successors and/or assigns<br>　　　　　　　　　Movant<br>　　　vs.<br><br>Randy L. Wilkinson Jr.<br>　　　　　　　　　Debtor(s)<br><br>Scott F. Waterman<br>　　　　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 21-10816 PMM |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection to Confirmation of U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust, which was filed with the Court on or about **July 6, 2021, docket number 26**.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　/s/ Rebecca A. Solarz, Esq.
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　Phone: (215)-627-1322

Dated: October 28, 2021