| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

## OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 21-10816-PMM**

Randy L. Wilkinson, Jr.
737 Stacktown Road
Bainbridge  PA    17502

Petition Filed Date: 03/30/2021
341 Hearing Date: 05/25/2021
Confirmation Date:

Case Status: Dismissed Before Confirmation on 4/ 2/2022

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/14/2021 | $100.00 | | 07/19/2021 | $100.00 | | 08/09/2021 | $100.00 | |
| 09/28/2021 | $100.00 | | 10/08/2021 | $100.00 | | 11/08/2021 | $100.00 | |
| 12/09/2021 | $100.00 | | | | | | | |

**Total Receipts for the Period: $700.00  Amount Refunded to Debtor Since Filing: $636.00  Total Receipts Since Filing: $700.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | **CLAIMS AND DISTRIBUTIONS** | | | | |
| 1 | FAY SERVICING LLC<br>»»  001 | Mortgage Arrears | $23,008.18 | $0.00 | $0.00 |
| 2 | COMCAST<br>»»  002 | Unsecured Creditors | $519.58 | $0.00 | $0.00 |
| 3 | MET-ED FIRST ENERGY COMPANY<br>»»  003 | Unsecured Creditors | $4,246.77 | $0.00 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  004 | Unsecured Creditors | $392.09 | $0.00 | $0.00 |
| 0 | ALAINE V GRBACH ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | Randy L. Wilkinson, Jr. | Debtor Refunds | $636.00 | $636.00 | $0.00 |

**Chapter 13 Case No. 21-10816-PMM**

| SUMMARY |
|---------|

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $700.00 | Current Monthly Payment: | $550.00 |
| Paid to Claims: | $636.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $64.00 | Total Plan Base: | $29,850.00 |
| Funds on Hand: | $0.00 | | |

**<u>NOTES:</u>**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.